IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>VJGJ, INC., et al.,<br><br>　　　　　　Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 21-11332 (BLS)<br>(Bankr. D. Del.) |
| ALFRED GIULIANO as Plan Administrator for the Post-Effective Date Debtors,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>KEYSOURCE ACQUISITION, LLC,<br><br>　　　　　　Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 22-989 (MN) |

## **ORDER**

At Wilmington, this 21st day of November 2022;

WHEREAS, on November 17, 2022, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 7) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (*Id*. at 2); and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation. As there is a pending motion

2

to dismiss the appeal based on lack of appellate jurisdiction (D.I. 3), the Court will not set a briefing schedule at this time.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge